# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# CHARLOTTESVILLE DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | Case No. 3:93CR00010-001 |
| v. | ) | **ORDER** |
| **OBED RAHEEM HOYTE,** | ) | By: James P. Jones |
| | ) | United States District Judge |
| Defendant. | ) | |

For the reasons stated in the accompanying Opinion, it is **ORDERED** as follows:

1. The defendant's pro se motion (ECF No. 402) is CONSTRUED as a Motion to Vacate, Set Aside, or Correct Sentence pursuant to 28 U.S.C.A. § 2255, and the clerk is DIRECTED to redocket the motion as such;

2. The said motion is hereby DENIED without prejudice as successive; and

3. A Certificate of Appealability is DENIED.

ENTER: February 24, 2012

/s/ James P. Jones
United States District Judge