# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# CHARLOTTESVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Case No. 3:93CR00010 |
| v. ) | **ORDER** |
| ) | |
| **OBED RAHEEM HOYTE,** ) | By: James P. Jones |
| ) | United States District Judge |
| Defendant. ) | |

For the reasons set forth in the Opinion accompanying this Final Order, it is **ORDERED** that the defendant's Motion for Declaratory Judgment (ECF No. 413) is CONSTRUED as a Motion to Vacate, Set Aside, or Correct Sentence pursuant to 28 U.S.C. § 2255 and is DENIED as successive, and the § 2255 action is stricken from the active docket of the court. Based upon the court's finding that the defendant has not made the requisite showing of denial of a substantial right, a certificate of appealability is DENIED.

ENTER: March 13, 2014

/s/ James P. Jones
United States District Judge